UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-20624-CV-KING

MARKELA M. PLAIN,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of
Social Security Administration,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on the January 29, 2021 Report and Recommendation ("R&R") of Magistrate Judge Jacqueline Becerra (DE 23). The R&R recommends granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment. No objections to the R&R have been filed, and the time to do so has passed.

The Court has reviewed the entire file and record. After careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's January 29, 2021 Report and Recommendation **(DE 23)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Defendant's Motion for Summary Judgment **(DE 21)** is hereby **GRANTED**;

3. Plaintiff's Motion for Summary Judgment **(DE 19)** is hereby **DENIED**; and

4. Final judgment will be set out in a separate document pursuant to Federal Rule of Civil Procedure 58(a).

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of February, 2021.

                                                  JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

**cc:**  **Magistrate Judge Jacqueline Becerra**
      **Markela Plain,** *pro se*
      **All counsel of record**